### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Clark, Yolanda T

Printed:  11/27/07

Case Number:  07 B 12817
Judge:  Squires, John H
Filed:  7/18/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  October 17, 2007
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Jefferson Capital Systems LLC | Unsecured | 89.91 | 0.00 |
| 2. | Sprint Nextel | Unsecured | 0.00 | 0.00 |
| 3. | RoundUp Funding LLC | Unsecured | 87.82 | 0.00 |
| 4. | Jefferson Capital Systems LLC | Unsecured | 114.83 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 55.38 | 0.00 |
| 6. | Nationwide Acceptance Corp | Unsecured | 0.00 | 0.00 |
| 7. | Barnes Auto Finance | Secured | | No Claim Filed |
| 8. | Tex Collect/Colection Agency | Unsecured | | No Claim Filed |
| 9. | AFNI | Unsecured | | No Claim Filed |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 11. | I C Systems Inc | Unsecured | | No Claim Filed |
| 12. | LVNV Funding | Unsecured | | No Claim Filed |
| 13. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 14. | Medical Collections | Unsecured | | No Claim Filed |
| 15. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 16. | Newport News | Unsecured | | No Claim Filed |
| 17. | American Collection Corp | Unsecured | | No Claim Filed |
| 18. | Sun Cash | Unsecured | | No Claim Filed |
| 19. | Tex Collect/Colection Agency | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 347.94 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Clark, Yolanda T

Printed:  11/27/07

Case Number:  07 B 12817

Judge:  Squires, John H

Filed:  7/18/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_